FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| GARY BURKS and CIRI BURKS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No.: 2:13 cv62 KGB |
| ) | |
| CAMERON MUTUAL INS. CO. ) | |
| DON THOMAS and JASON BRAMLETT, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant Cameron Mutual Insurance Company ("Cameron"), by and through the undersigned counsel, and hereby gives notice that the case captioned *Gary Burks and Ciri Burks v. Cameron Mutual Insurance Co., et al.*, Case No. CV-2013-76, originally filed in the Circuit Court of Phillips County, Arkansas, has been removed to the United States District Court for the Eastern District of Arkansas, pursuant to 28 U.S.C. § 1441 *et seq.*, and further states as follows:

*This case assigned to District Judge Baker and to Magistrate Judge Young*

1. On March 21, 2013, Plaintiffs filed a Complaint for breach of contract in the Circuit Court of Phillips County, Arkansas, Case No. CV-2013-76.

2. A copy of the Circuit Court Complaint is attached hereto as Exhibit A.

3. The amount in controversy exceeds the sum of $75,000 in that Plaintiffs seek $129,000.00, with a 12% penalty, 6% pre-judgment interest, and reasonable attorneys fees against Defendant Cameron alone.

4. Cameron is, and was at all times relevant hereto, a corporation organized and existing under the laws of the State of Missouri with is principal place of business in Missouri.

5. Upon information and belief, Plaintiffs are residents and domiciled in the State of Arkansas.

6. Upon information and belief, Defendants Don Thomas and Jason Bramlett are residents and domiciled in the State of Arkansas.

7. Plaintiffs fraudulently misjoined Defendants Don Thomas and Jason Bramlett to this action solely for the purpose of obtaining jurisdiction and venue in the Circuit Court of the Phillips County, Arkansas and preventing removal of this case to federal court based on diversity jurisdiction that exists absent the fraudulent misjoinder of Thomas and Bramlett. A copy of Defendant's Motion to Sever, or in the Alternative, to Drop Defendants, is attached hereto as Exhibit B.

8. Plaintiffs' claim against Defendants Bramlett and Thomas should be severed or dropped from this action and should not prevent removal, due to this misjoinder and fraudulent joinder. See Exhibit B.

9. Therefore, the controversy in the action is wholly between citizens of different states, and removal to this Court is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

10. This Notice of Removal has been filed within thirty days of Cameron's receipt of a copy of Plaintiffs' Complaint and, therefore, this Notice of Removal has been timely filed under 28 U.S.C. §§ 1441 and 1446.

11. Cameron is filing concurrently with this Notice of Removal, notice to the Clerk of the Circuit Court of Phillips County, Arkansas, along with a copy of this Notice of Removal.

WHEREFORE, Defendant, Cameron Mutual Insurance Company respectfully requests this Court accept jurisdiction of this action and grant any and all such further relief as this Court deems just and proper.

BROWN & JAMES, P.C.

_____
Timothy J. Wolf, #2009230 (Arkansas)
800 Market Street, 11th Floor
St. Louis, Missouri 63101-2501
314-421-3400
314-421-3128 – FAX
twolf@bjpc.com
***Attorneys for Defendant Cameron Mutual Ins. Co.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid this 15th day of May, 2013, to:

Mr. B. Michael Easley
Easley & Houseal, PLLC
P.O. Box 1115
Forrest City, AR 72336-1115
*Attorney for Plaintiffs*

_____

11161039

THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

GARY BURKS and CIRI BURKS　　　　　　　　　　　　　　　PLAINTIFFS

VS.　　　　　　　　　　　　　　　　No. CV-2013-76

CAMERON MUTUAL INSURANCE COMPANY,　　　　　　　DEFENDANTS
DON THOMAS, and JASON BRAMLETT

## SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT: Cameron Mutual Insurance Company, by serving its registered agent, Gary D. Myers, 214 McElwain Drive, Cameron, MO 64429

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:　　B. Michael Easley
　　　　　　　　　　　　　　　　　Easley & Houseal, PLLC
　　　　　　　　　　　　　　　　　P. O. Box 1115
　　　　　　　　　　　　　　　　　Forrest City, AR  72335-1115

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

　　　　　　　　　　　　　　　　　　　　　　LYNN STILLWELL, CLERK OF COURT
Address of Clerk's Office:
620 Cherry Street, Room 206
Helena, AR  72342-3337
Phone:  870-338-5515
Fax:  870-338-5513

　　　　　　　　　　　　　　　　　　[Signature of Clerk or Deputy Clerk]
　　　　　　　　　　　　　　　　　　Date: 3-___

[SEAL]

4/18/2013 4:02:04 PM

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS

CIVIL DIVISION

GARY BURKS and CIRI BURKS              PLAINTIFFS

VS.              NO. CV – 2013 – 76

CAMERON MUTUAL INSURANCE COMPANY,
DON THOMAS, and JASON BRAMLETT              DEFENDANTS

## COMPLAINT AT LAW

Come the Plaintiffs, Gary Burks and Ciri Burks, by their attorneys EASLEY & HOUSEAL, PLLC, and for their cause of action against the Defendants, Cameron Mutual Insurance Company, Don Thomas and Jason Bramlett, state:

### Jurisdiction and Venue

1. At all time relevant hereto Plaintiffs were individual residents of Phillips County, Arkansas, as are the individual Defendants Don Thomas and Jason Bramlett. The Defendant Cameron Mutual Insurance Company is a foreign insurance company with its corporate offices in Cameron, Missouri. Cameron is authorized to do business in the state of Arkansas, and in fact doing business in Phillips County, Arkansas. This Court has full jurisdiction of this cause under ACA §16-13-201(a), and venue properly lies in this county under the provisions of ACA §23-79-204.

1

FILED
At 11:30 O'Clock AM
MAR 21 2013
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
D.O.
4/18/2013 4:02:04 PM

## Facts and Allegations

**As against Defendant Cameron Mutual:**

2. At the time of the fire loss complained of herein, Plaintiffs were the owners of a floor covering business commonly known as "Quality Floors," located at 659 Oakland Avenue, Helena, Arkansas.

3. Plaintiffs purchased a policy of insurance for their business inventory and equipment, as well as for pecuniary losses, with Defendant Cameron, policy number 7500060958. The coverage pages of the policy are attached hereto as Exhibit "A". The policy was in full force and effect on January 15, 2013.

4. During the early morning hours of January 15, 2013, the business caught fire and was a complete and total loss. The origin was determined to have been electrical in nature.

5. Plaintiffs promptly reported the fire to Defendant Cameron, and requested payment of the policy proceeds. Since that time, Plaintiffs have cooperated with Defendant Cameron and made reasonable attempts to persuade Defendant Cameron to pay the loss.

6. Instead of paying the loss, the Defendant Shelter has procrastinated, delayed, and in every way frustrated these Plaintiffs' attempts to recover the insurance proceeds rightfully due them.

7. Defendant Cameron has only paid $20,000 on the Plaintiffs' inventory claim, and has denied that it owes Plaintiffs for any business losses.

8. Defendant Cameron still owes Plaintiffs $80,000 on its inventory

and equipment losses, and $50,000 on Plaintiffs' loss of income. Plaintiffs hereby reduce their $130,000 claim by the policy's $1,000 deductible.

9. By refusing to pay the entire loss, Defendant Cameron has breached its contract of insurance. Plaintiffs have been damaged in the sum of $129,000.

**As against Defendants Don Thomas and Jason Bramlett:**

10. After the fire, and without the knowledge, consent or approval of Plaintiffs, Defendant Don Thomas proceeded to gather up all of the metal in the burned-out building, and, treating it as his own, sold it for scrap. Defendant Bramlett either assisted Thomas in this theft, or profited illegally from the sale of the scrap metal. Defendants Thomas and Bramlett committed the intentional tort of conversion. Plaintiffs should have and recover the fair market value of Plaintiffs' property so converted, together with punitive damages in a sufficient amount to punish Thomas and Bramlett, and to deter others from such conduct in the future.

11. In addition to the compensatory damages sought herein against Defendant Cameron, Plaintiffs should be awarded judgment against said Defendant for 12% statutory penalty, together with a reasonable attorney fee, and for 6% pre-judgment interest on Plaintiffs' losses.

12. Plaintiffs demand a jury trial.

WHEREFORE, Plaintiffs Gary Burks and Ciri Burks pray for judgment for breach of contract against the Defendant Cameron Mutual Insurance Company in the sum of $129,000; for a 12% penalty, a reasonable attorney fee, and for pre-judgment interest at the rate of 6% per annum; for

3

compensatory and punitive damages against the Defendants Thomas and Bramlett in an amount to be fixed by the jury; for post-judgment interest at the highest legal rate; for a jury trial; and for all other proper relief.

EASLEY & HOUSEAL, PLLC

By: /s/ Michael Easley
B. Michael Easley
Arkansas Bar No. 74041
Post Office Box 1115
Forrest City, AR 72336-1115
P:  (870) 633-1447
F:  (870) 633-1687

4

## COMMERCIAL PROPERTY SCHEDULE REFERENCE PAGE

Policy Number: CP  CF  7500060958          Policy Period: From 10/19/12  To 10/19/13

Named Insured:  GARY BURK

| Loc. Bld. Item | Address/Description | Coverage Type | Limit |
|---|---|---|---|
| 1 | 659 OAKLAND AVE<br>HELENA     AR 72342 1503<br>PHILLIPS COUNTY<br>CARPET INSTALLATION FACILITY | | |
| 1 | | | |
| 1  659 OAKLAND AVE<br>3  659 OAKLAND AVE<br>5 | | PERSONAL PROP<br>LEGAL LIABILITY<br>BUSINESS INCOME | 100,000<br>100,000<br>50,000 |



CP-DR (10-89)

SLF  12310                    INSURED COPY            CP  CF  7500060958          75    73

## COMMERCIAL PROPERTY SCHEDULE

Policy Number: CP CF 7500060958     Policy Period: From 10/19/12 To 10/19/13

Named Insured: GARY BURK

**** Premise No. 01 ****     Total Premium  $  1,836.00

Address: 659 OAKLAND AVE
HELENA    AR   72342-1503

Description: CARPET INSTALLATION FACILITY

| Form | Date | Prem | Form | Date | Prem | Form | Date | Prem |
|---|---|---|---|---|---|---|---|---|
| CP0299 | 1185 | 0 | IL0163 | 0698 | 0 | IL0231 | 0712 | 0 |

**** Building No. 01 ****     Total Premium  $  1,836.00
Special Form Theft Information:    Limit  $  100,000    Premium  $  187.00

Description:

| Form | Date | Prem | Form | Date | Prem | Form | Date | Prem |
|---|---|---|---|---|---|---|---|---|

### Coverages Provided

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|---|---|---|---|---|---|---|
| 01 | PERS PROP | $ 100,000 | SPECIAL W/THEFT | 80% | 1000 | 934.00 |

Description: 659 OAKLAND AVE

Optional Coverages:
Replacement Cost

| Form | Date | Prem | Form | Date | Prem | Form | Date | Prem |
|---|---|---|---|---|---|---|---|---|
| CP1030 | 0695 | 0 | CP1056 | 0695 | 0 | | | |

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|---|---|---|---|---|---|---|
| 03 | LIABILITY | $ 100,000 | SPECIAL W/THEFT | 80% | 1000 | 260.00 |

Description: 659 OAKLAND AVE

Optional Coverages:
NONE

| Form | Date | Prem | Form | Date | Prem | Form | Date | Prem |
|---|---|---|---|---|---|---|---|---|
| CP1030 | 0695 | 0 | CP1056 | 0695 | 0 | CP0040 | 0695 | 0 |

CP-DSP (05-91)
SLF  12310         INSURED COPY         CP CF 7500060958         75    74

4/18/2013 4:02:09 PM

## COMMERCIAL PROPERTY SCHEDULE

Policy Number: CP CF 7500060958        Policy Period: From 10/19/12 To 10/19/13

Named Insured: GARY BURK

| Item 05 | Coverage BUS INCOME | Limit of Insurance $ 50,000 | Causes of Loss Form SPECIAL W/THEFT | Coinsurance 90% | Deductible 0 | Premium 455.00 |
|---|---|---|---|---|---|---|

Description:

Optional Coverages:
Extended Period of Indemnity 120
Income Including Rental Value

| Form | Date | Prem | Form | Date | Prem | Form | Date | Prem |
|---|---|---|---|---|---|---|---|---|
| CP1030 | 0695 | 0 | CP1056 | 0695 | 0 | CP0030 | 0695 | 0 |

CP-DSI (05-91)

SLF 12310         INSURED COPY         CP CF 7500060958         76    75

4/18/2013 4:02:10 PM